EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

**SEALED**
BY ORDER OF THE COURT

ELLIOT ENOKI
First Assistant U. S. Attorney

OMER G. POIRIER
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 20 2002

at ___ o'clock and ___ min. ___
WALTER A.Y.H. CHINN, CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02 00087 DAE |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. § 884(i)] |
| JEREMY BASS, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about March 29, 2000, in the District of Hawaii, the Defendant, JEREMY BASS, maliciously damaged and destroyed and attempted to damage and destroy by means of an explosive, Scruffles Restaurant, a building and real and personal property at 1438 Kilauea Avenue, Hilo, Hawaii, which was used in interstate and foreign commerce and in an activity affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 844(i).

DATED: 3/20/02 , at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney