EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON 4532
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Ron.Johnson@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR - 6 2004

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00087 DAE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| JEREMY BASS, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against JEREMY BASS on the ground(s) that defendant is being prosecuted by state authorities.

     The defendant is not in custody on the dismissed charge(s) listed above.

     DATED: Honolulu, Hawaii, *April 5, 2004*.

                             EDWARD H. KUBO, JR.
                             UNITED STATES ATTORNEY
                             District of Hawaii

                         By *[signature]*
                             RONALD G. JOHNSON
                             Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

                             **DAVID ALAN EZRA**
                             UNITED STATES DISTRICT JUDGE

<u>United States v. Jeremy Bass</u>
Cr. No. 02-0087 DAE
Order for Dismissal